UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL CASE NO. 4:20-CR-45-SDJ |
| § | |
| JAMES TYLER ROSE § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 17, 2020, the Report of the Magistrate Judge, (Dkt. #47), was entered containing proposed findings of fact and recommendations that Defendant James Tyler Rose's Motion to Suppress, (Dkt. #33), be denied. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendant James Tyler Rose's Motion to Suppress, (Dkt. #33), is **DENIED**.

**So ORDERED and SIGNED this 28th day of December, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE